AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States of America
v.

Michael Luera
YOB: 1990/ COC: U.S. Citizen

*Defendant(s)*

Case No. 7:24-mj-2217

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 12, 2024 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 USC 841(a)(1) | Possession with Intent to Distribute 500 grams or more of methamphetamine a Schedule II controlled substance, weighing approximately 1360 grams |

United States Courts
Southern District of Texas
FILED
*December 12, 2024*
Nathan Ochsner, Clerk of Court

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Approved by Cahal McColgan

/s/ Kevin Buechner
*Complainant's signature*

Kevin Buechner, DEA Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date: 12/12/2024 *@ 7:17 p.m.*

*Judge's signature*

City and state: McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

1. On December 12, 2024, a DEA Task Force Officer acting in an undercover capacity conducted a controlled purchase of methamphetamine from an individual identified as Michael LUERA. The controlled purchase occurred at a predetermined location in McAllen, Texas. LUERA transferred approximately 252 grams of suspected methamphetamine to the DEA Task Force Officer in return for U.S. currency. LUERA was the sole occupant and driver of a vehicle at the time of the sale.

2. Following the sale of methamphetamine, a Texas Department of Public Safety State Trooper conducted a traffic stop on the same vehicle utilized by LUERA for a traffic violation.

3. The Texas State Trooper encountered LUERA as the sole occupant of the vehicle. A Pharr K9 Officer was contacted for assistance. The Pharr K9 Officer utilized his service K9 partner to conduct a free air sniff of the exterior of LUERA’s vehicle. The K9 alerted to the presence of narcotics within the vehicle.

4. Officers then conducted a search of LUERA’s vehicle and located a backpack that contained multiple baggies of suspected methamphetamine. Officers also located a loaded firearm in a small firearm case within the vehicle. Another bag was found in the vehicle that contained a large amount of U.S. currency.

5. The methamphetamine seized from LUERA’s vehicle following the traffic stop weighed approximately 1109 grams. The substance seized from both events was a crystalline substance consistent with methamphetamine. Both substances recovered from the controlled purchase and subsequent search of the vehicle tested positive for the characteristics of methamphetamine and weighed an approximate total of 1361 grams.