# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
Michael Luera

## EXHIBIT AND WITNESS LIST

Case Number: 7:24-MJ-2217-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Juan F. Alanis | Cahal McColgan, AUSA | Oscar Alvarez, APTD |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/17/2024 | Sophia Reyes | Nelida Campos |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 12/17/2024 | Y | Y | Defense Exhibit 1 - Military Record |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.